IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACEY ABDUL REAVIS, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-1184 |
| | ) | Judge Joy Flowers Conti/ |
| COL. J.E. POSKA; CAPT. W.E. LEGGETT, | ) | Magistrate Judge Amy Reynolds Hay |
| | ) | |
| Defendants | ) | |

## ORDER

AND NOW, this 20th day of September, 2010 after the Plaintiff, Acey Abdul Reavis, filed an action in the above-captioned case, and after a Report and Recommendation [ECF No.26] was filed by the United States Magistrate Judge granting the Plaintiff until September 17, 2010, to file written objections thereto, and the Plaintiff's copy of the Report and Recommendation having been returned by SCI-Fayette indicating that he is no longer there, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this matter is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge

cc: Honorable Amy Reynolds Hay
Chief United States Magistrate Judge

Acey Abdul Reavis
FZ-6259
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

Counsel of Record via CM-ECF